**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BARRY WAYNE STEWART                                                                                   PLAINTIFF
ADC # 90371


V.                                           2:07CV00094 WRW


MOSES JACKSON, Captain, East Arkansas Regional
Unit; RANDY WATSON, Asst. Warden, Arkansas Department
of Correction; MARICE M. WILLIAMS, Chief Security,
East Arkansas Regional Unit, Arkansas Department of Correction;
WILLIAM GAY, Mental Health Counselor, East Arkansas
Regional Unit, Arkansas Department of Correction; CHRISTY
C. GREEN, Classification Officer, East Arkansas Regional
Unit, Arkansas Department of Correction; CHERYL
EVANS, East Arkansas Regional Unit, Arkansas Department of Correction         DEFENDANTS


**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1)   Plaintiff's Complaints (docket entry ## 1 and 7) are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted; and

2)   Dismissal of this action shall constitute a "strike" for purposes of 28 U.S.C. § 1915(g).[1]

---

[1] Title 28 U.S.C. § 1915(g) provides that: "In no event shall a prisoner bring a civil action or appeal

DATED this 8th day of November, 2007.

                                       /s/Wm. R. Wilson, Jr.
                                  UNITED STATES DISTRICT JUDGE

---

a judgment in a civil action under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted . . . ."