IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BARRY WAYNE STEWART                                                         PLAINTIFF
ADC # 90371

V.                                      2:07CV00094 WRW

MOSES JACKSON, Captain, East Arkansas Regional
Unit; RANDY WATSON, Asst. Warden, Arkansas Department
of Correction; MARICE M. WILLIAMS, Chief Security,
East Arkansas Regional Unit, Arkansas Department of Correction;
WILLIAM GAY, Mental Health Counselor, East Arkansas
Regional Unit, Arkansas Department of Correction; CHRISTY
C. GREEN, Classification Officer, East Arkansas Regional
Unit, Arkansas Department of Correction; CHERYL
EVANS, East Arkansas Regional Unit, Arkansas Department of Correction   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaints are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted..

IT IS SO ADJUDGED this 8th day of November, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE